# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-4133
_____

MARQUETTE A. MCQUEEN,

Appellant,

v.

ANGELA MARCOS,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Lacey Powell Clark, Judge.

March 11, 2024

PER CURIAM.

AFFIRMED.

LEWIS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marquette A. McQueen, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.